**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| NELSON DOMINGUEZ-SANCHEZ, | No. 08-70214 |
| Petitioner, | |
| v. | Agency No. A094-337-950 |
| | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Nelson Dominguez-Sanchez, a native and citizen of El Salvador, petitions

for review of the Board of Immigration Appeals' ("BIA") order dismissing his

appeal from an immigration judge's ("IJ") decision pretermitting his application

for Temporary Protected Status. We have jurisdiction under 8 U.S.C. § 1252. We

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

review de novo constitutional and legal questions, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

We reject Dominguez-Sanchez's contention that the BIA improperly entered a removal order in the first instance. *See Lolong v. Gonzales*, 484 F.3d 1173, 1178 & n.2 (9th Cir. 2007) (en banc) ("[W]here the BIA reverses an IJ's grant of relief that, by definition, follows an initial determination by the IJ that the alien is in fact removable, an order of deportation has already been properly entered by the IJ.").

We also reject Dominguez-Sanchez's contention that the IJ violated his statutory and constitutional right to counsel by issuing a written decision granting him the only form of relief for which he was eligible.

**PETITION FOR REVIEW DENIED.**